UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA J. HANSON,<br>        Plaintiff,<br>   v.<br>CHARLES D. DOWLING, et al.,<br>        Defendants. | Case No. 24-cv-01473-HSG<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 1, 21 |

The Court dismissed Plaintiff's complaint and provided Plaintiff with the opportunity to file an amended complaint. *See* Dkt. No. 21. Plaintiff's deadline to file an amended pleading was November 1, 2024. To date, Plaintiff has not filed any amended pleading. Accordingly, the Court DIRECTS Plaintiff TO SHOW CAUSE why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to file an amended pleading by the November 1, 2024 deadline. Plaintiff shall file a statement of two pages or less by December 11, 2024.

**IT IS SO ORDERED.**

Dated: 11/202024

HAYWOOD S. GILLIAM, JR.
United States District Judge